UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:21-CR-394-20D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | ORDER |
| ) | |
| TORIBIO ANTONIO PEREZ, ) | |
| Defendant ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 629 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 23 day of May, 2022.

The Honorable James C. Dever, III
United States District Court Judge