UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:21-CR-394-20D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | ORDER |
| ) | |
| TORIBIO ANTONIO PEREZ, ) | |
| Defendant ) | |

Upon motion of the defendant, with no objection from the United States Government, the sentencing in this matter, currently set for June 20, 2022, in Raleigh, North Carolina is hereby continued to __September 2022__.

This the __23__ day of May, 2022.

The Honorable James C. Dever III
United States District Judge