UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:21-CR-394-20D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| | ) ORDER |
| | ) |
| TORIBIO ANTONIO PEREZ, | ) |
| Defendant | ) |

Upon motion of the defendant, with no objection from the United States Government, the sentencing in this matter, currently set for September 26, 2022, in Raleigh, North Carolina is hereby continued to __December 2022__.

This the __22__ day of __September__, 2022.

_____
The Honorable James C. Dever, III
United States District Judge